# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ENVIROSAFE PRODUCTS CORP., :<br>  :<br>  Plaintiff, :<br>  :<br>  v. :<br>  :<br> MONARCH INDUSTRIES, INC., :<br>  :<br>  Defendant. : | Civil Action No. 08-0508 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the Motion For Partial Summary Judgment As To Count IV And Count V Of The Complaint, filed by Monarch Industries, Incorporated ("Defendant"). (Docket No. 21.) It appearing that this Court reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 11th day of December, 2009,

ORDERED that Defendant's motion for summary judgment as to Count IV of the Complaint (Docket No. 21) is DENIED; it is further

ORDERED that Defendant's Motion for summary judgment as to Count V of the Complaint (Docket No. 21) is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                                    S/Joseph A. Greenaway, Jr.
                                                    JOSEPH A. GREENAWAY, JR., U.S.D.J.